[No. 11090-7-III.   Division Three.   December 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA
R. MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 89-1-50401-3, Carolyn A. Brown, J., entered

September 4, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.